# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                Crim. No. 5:93-CR-136-5F

TOMMY LEE PITTMAN

On November 3, 2006, the above named was placed on supervised release for a period of 120 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/Michael C. Brittain  
Michael C. Brittain  
Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 31st day of October, 2013.

James C. Fox  
Senior U.S. District Judge